DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. COVIEL

No. 490P84.

Case below: 69 N.C. App. 622.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 8 January 1985. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 8 January 1985.

STATE v. EDMONDSON

No. 601PA84.

Case below: 70 N.C. App. 426.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 8 January 1985.

STATE v. HAWKINS

No. 13P85.

Case below: 71 N.C. App. 809.

Petition by defendant for writ of supersedeas and temporary stay denied 16 January 1985.

STATE v. JENKINS

No. 630P84.

Case below: 56 N.C. App. 256.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 8 January 1985.

STATE v. JOHNSON

No. 597P84.

Case below: 70 N.C. App. 495.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 January 1985.